IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Sherwin L. Beaufort, *a/k/a Sherwin Beaufort, #279184*,<br><br>Plaintiff,<br><br>v.<br><br>Maria E. Gahle; Deborah Shupe; Christopher Runyan; Kelly Gothard; and Michael Todd Loftis,<br><br>Defendants. | ) | C/A No.: 4:26-cv-4038-SAC<br><br>**ORDER AND OPINION** |

Sherwin L. Beaufort ("Plaintiff"), proceeding *pro se*, filed this action while detained at Recovery Solutions. ECF No. 1. On September 22, 2026, the court issued an order informing Plaintiff his Complaint was not in proper form for service. ECF No. 13. The court directed Plaintiff to describe how defendants' actions personally harmed him, to sign his application to proceed without prepaying the filing fee, and to provide service documents for defendants named in his case. *Id*. The time for Plaintiff to file a response to the Order expired on October 13, 2026, and Plaintiff is presumed to have received the proper form order. However, Plaintiff has not filed any of the documents necessary to bring the case into proper form, nor has he submitted any other response to the court's Order.

It is well established that a district court has authority to dismiss a case for failure to prosecute. "The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *See Link v. Wabash R.R. Co*., 370 U.S. 626, 630-31 (1962). In addition to its inherent

authority, this court may also *sua sponte* dismiss a case for lack of prosecution under Fed. R. Civ. P. 41(b). *Id*. at 630. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

October 27, 2026
Columbia, South Carolina

Sheria Akins Clarke
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.